Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ROBIN L. MACKERRICHER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN L. MACKERRICHER | Case No.: 2:16-cv-01660-APG-CWH |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Robin L. Mackerricher ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to March 22, 2017; and that Defendant shall have 30 days or until April 21, 2017, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due May 11, 2017.

-1-

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 2, 2017         Respectfully submitted,

　　　　　　　　　　　　　　　　LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　　　/s/ *Cyrus Safa*

　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　Cyrus Safa
　　　　　　　　　　　　　　　Attorney for plaintiff Ms. Robin L. Mackerricher


DATE:  February 2, 2017         Daniel G. Bogden
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　/s/ *Sharon Lahey*

　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　Sharon Lahey
　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　Attorneys for defendant Nancy A. Berryhill
　　　　　　　　　　　　　　　|*authorized by e-mail|


DATED: February 7, 2017

IT IS SO ORDERED: _____
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:16-CV-01660-APG-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 3, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff